JOHN M. LUEBBERKE City Attorney
State Bar No. 164893
MARCI A. ARREDONDO, Deputy City Attorney
State Bar No. 252116
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HALLON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF STOCKTON, a municipality; STOCKTON POLICE DEPARTMENT, a department of a municipality; OFFICER CHRISTOPHER SLATE, an individual; OFFICER KYLE PIERCE, an individual; OFFICER MITCHELL TINER, an individual; OFFICER CARLOS VINA JR., an individual, and DOES 1-60, <br><br> Defendants. | CASE NO. 2:11-CV-00462 GEB-GGH <br><br> **STIPULATION OF COUNSEL TO EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER THEREON** <br><br> Trial Date: 9-11-2012 |

Due to the inability of counsel to complete discovery as a result of heavy workloads, congested calendars, and City of Stockton's mandated furlough days, all parties are in agreement to extending the current discovery cut-off date to adequately prosecute and defend this litigation. Therefore,

**IT IS HEREBY STIPULATED** between the parties hereto, by and through their respective counsel, that the current deadline of January 13, 2012, in this matter be extended as follows:

1

STIPULATION OF COUNSEL TO EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER THEREON

1. Discovery Cutoff:          March 1, 2012
2. Expert Disclosure:         March 27, 2012

All other dates shall remain the same.

Dated: December 20, 2011    Richard G. Hyppa (SBN 104547)
                            120 E. 12th Street
                            Tracy, CA  95376
                            Telephone:  (209) 836-9288


                            By:/s/ *Richard G. Hyppa*
                                Richard G. Hyppa

                            Attorney for Plaintiff
                            CHRISTOPHER HALLON

Dated: December 20, 2011    John M. Luebberke (SBN 164893)
                            Marci A. Arredondo (SBN 252116)
                            City Attorney's Office
                            425 N. El Dorado St., Second Floor
                            Stockton, California 95202
                            Telephone: (209) 937-8333


                            By:/s/ *Marci A. Arredondo*
                                Marci A. Arredondo

                            Attorneys for City Defendants


**ORDER**

**IT IS SO ORDERED.**

**Date:  12/21/2011**

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

STIPULATION OF COUNSEL TO EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER THEREON