IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HALLON,

    Plaintiff,                   No. CIV S-11-0462 GEB GGH

    vs.

CITY OF STOCKTON, et al.,        ORDER

    Defendants.

_____/

        On January 20, 2012, the parties filed a document styled, "joint briefing regarding disclosure of documents pursuant to *in camera* inspection." The court is puzzled as to the intent of the parties; however, it appears that they seek a ruling on discovery propounded by plaintiff to which defendants have objection. The parties have failed to comply with the notice of motion and hearing requirements of E.D. Local Rule 251. Although the rule provides that the notice of motion may be filed concurrently with the joint statement upon seven days notice, here the parties have not noticed the matter for hearing. Nor does the joint briefing contain reproduction of the discovery requests as required by subdivision (c)(3). Despite these failures, the court will hear the matter on the next law and motion calendar following seven days notice from the time the "joint briefing" was filed.

\\\\\

1

Accordingly, IT IS ORDERED that: hearing on the discovery dispute set forth in the joint briefing, filed January 20, 2012, is scheduled before the undersigned on February 2, 2012, at 10:00 a.m. in Courtroom #9.

Dated: January 24, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Hallon0462.jtbrf.wpd