IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HALLON,

        Plaintiff,

    v.

CITY OF STOCKTON, a municipality; STOCKTON POLICE DEPARTMENT, a department of a municipality; OFFICER CHRISTOPHER SLATE, an individual; OFFICER KYLE PIERCE, an individual; OFFICER MITCHELL TINER, an individual; OFFICER CARLOS VINA JR., an individual; and DOES 1-60,

        Defendants.

2:11-cv-00462-GEB-GGH

ORDER DEEMING CITY OF STOCKTON'S SUMMARY JUDGMENT MOTION WITHDRAWN, DIRECTING THE NON-BANKRUPTCY PARTIES TO FILE BRIEFS, AND CONTINUING THE FINAL PRETRIAL CONFERENCE

        Each defendant's motion for summary judgment, filed on April 16, 2012, was submitted for decision without oral argument. However, after the motion was submitted, Defendant City of Stockton filed a Notice of Automatic Stay in which it states "[this] case or proceeding has been automatically stayed as to [Defendant City of Stockton] by the City's filing of a bankruptcy petition under chapter 9 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, on June 28, 2012[.]" (Notice of Automatic Stay 1:21-26, ECF No. 45.) Therefore, Defendant City of Stockon's motion for summary judgment is deemed withdrawn.

        In light of this bankruptcy notice, each non-bankruptcy party shall file a brief no later than July 13, 2012, addressing the effect,

if any, that the stay has on any non-bankruptcy party. Any responsive brief shall be filed no later than July 20, 2012.

Further, the Final Pretrial Conference is continued until August 13, 2012, at 2:30 p.m. A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

Dated:  July 6, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge