IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HALLON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF STOCKTON, a municipality; STOCKTON POLICE DEPARTMENT, a department of a municipality; OFFICER CHRISTOPHER SLATE, an individual; OFFICER KYLE PIERCE, an individual; OFFICER MITCHELL TINER, an individual; OFFICER CARLOS VINA JR., an individual; and DOES 1-60,<br><br>　　　　Defendants. | 2:11-cv-00462-GEB-GGH<br><br>ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENT |

　　　　The City of Stockton requests the final pretrial conference be continued to permit the parties additional time to complete the settlement process. (ECF No. 50.) In support of its request, the City's counsel avers in relevant part as follows:

>　　3.　Due to the delay in negotiating the details of how costs associated with the settlement would be paid, the settlement had to be placed again on council agenda for reannouncement on October 23, 2012, by the City of Stockton's Council.
>
>　　4.　All details have been worked out regarding how costs will be paid and the settlement is scheduled to be re-announced on October 23, 2012, enabling the settlement checks to be processed the week of October 22-26, 2012.
>
>　　5.　The Defendants and Plaintiff have agreed that the applicable pre-trial conference should be moved to a later date providing enough time to

1

1      submit notice to the court when the settlement
2      process has been completed.

3  (Decl. of Marci A. Arrendondo ¶¶ 3-5.)

4           In light of the referenced averments, the deadline to file a dispositional document is extended until and including November 19, 2012.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

           Further, the final pretrial conference scheduled for hearing on October 29, 2012, is continued to commence at 2:30 p.m. on December 3, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

           IT IS SO ORDERED.

Dated:  October 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2